UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ASHAVAN PURCHESS,

Petitioner,

v.

CONSTANCE REESE,

Respondent.

Civil No. 01-14 (PAM/JGL)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY HABEAS CORPUS SHOULD NOT BE GRANTED**

Petitioner has filed an application for writ of habeas corpus under 28 U.S.C. § 2241 claiming that his conviction and sentence are unconstitutional in light of the Supreme Court's decision in Apprendi v. New Jersey, 120 S.Ct. 2348 (2000).

Respondent is directed to make a return in writing within 30 days from the date of this order, certifying the true cause and propriety of Petitioner's confinement, and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's confinement;

2. A reasoned memorandum of law and fact explaining why Respondent believes the writ should not be granted, and setting forth Respondent's recommendation as to whether an evidentiary hearing should be conducted in this matter;

3. A certified copy of such of the following as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if the petitioner pleaded guilty, a transcript of the proceedings at which he pleaded guilty, as well as any other written

FILED JAN 10 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

materials that may be germane to the issues presented in the petition.

Dated: January 10, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge