# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ashavan "Billy" Purchess

Case No. Civil 01-14(PAM/JGL)

v.

**JUDGMENT IN A CIVIL CASE**

Constance Reese, Warden

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Magistrate Judge Lebedoff's Report and Recommendation is ADOPTED.
2. Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 is DISMISSED WITH PREJUDICE.

DATE: May 29, 2001

FRANCIS E. DOSAL, CLERK

______________________________

Mary Kaye Conery, Deputy Clerk