UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ashavan "Billy" Purchess, Civ. No. 01-14 (PAM/JGL)

Petitioner,

v. **ORDER**

Constance Reese, Warden,

Respondent.

---

This matter is before the Court on Petitioner's Affidavit In Forma Pauperis. It appears from this affidavit that Petitioner seeks to appeal this Court's May 28, 2001, Order without prepayment of the entire appellate filing fee. Pursuant to 28 U.S.C. § 1915, this Court may authorize a party to proceed without prepayment of fees, costs, or security, upon the affidavit of a party testifying that he is unable to pay such costs, describing the nature of the appeal and his belief that he is entitled to redress. Petitioner has supplied an affidavit regarding his financial condition, but he has not informed this Court of the nature of his appeal or of any belief that he is entitled to redress.

Even had Petitioner supplied this information, however, his Affidavit shows that he is not entitled to proceed without prepayment of the appellate filing fee. The average monthly deposit into his institutional account totals more than $900. He avers that he receives no gifts or money, yet money orders of $50 to $120 are deposited into his account weekly, if not more frequently. The form of the in forma pauperis affidavit makes clear that

FILED JUN 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Petitioner is bound to explain to the Court the source of his income. It appears that Petitioner has relatively substantial income by institutional standards, yet he does not explain the source of any of this money.

Based on a review of the record and the Petitioner's application, the Court concludes that Petitioner should not be allowed to proceed with his appeal in forma pauperis.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner's Application to Proceed Without Prepayment of Fees (Clerk Doc. No. 11) is **DENIED**.

Dated: June 29, 2001

Paul A. Magnuson
United States District Court Judge